UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20859-CR-MORENO

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

ALBERTO CRUZ,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND COMMITTING DEFENDANT TO A PSYCHIATRIC HOSPITAL

THIS MATTER was referred to United States Magistrate Judge John O'Sullivan to conduct an evidentiary hearing and submit a Report and Recommendation to determine if the defendant should be committed to a psychiatric hospital pursuant to 18 U.S.C. § 4243(a) **[D.E. #52]**. Magistrate Judge O'Sullivan filed a Report and Recommendation **[D.E. #70]**.

The Court has reviewed the entire file and record and being otherwise fully advised in the premises, it is **ADJUDGED** that United States Magistrate Judge John O'Sullivan's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly,

The Court accepts the defendant's Waiver of Hearing and find by clear and convincing evidence that the defendant "is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another". The defendant should be committed to a psychiatric hospital pursuant to 18 U.S.C. § 4243(a). This case is **CLOSED**.

DONE and ORDERED in Miami-Dade County, Florida this 27 day of September, 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record